# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IDA BELLE ROLAIN,

                Plaintiff,

vs.

WAL-MART STORES, INC., et al.,

                Defendants.

Case No. 2:11-cv-01900-KJD-PAL

**ORDER**

(IFP App - Dkt. #12)
(Mtn for CM/ECF Access - Dkt. #13)

      This matter is before the court on Plaintiff Ida Belle Rolain's Application to Proceed *In Forma Pauperis* (Dkt. #12) and her Motion for CM/ECF Access (Dkt. #13) filed December 21, 2011. The court has considered the Motions.

      This case was removed by Defendant Wal-Mart Stores, Inc. from state court on November 25, 2011. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #12) states that she wishes to proceed without paying court costs and fees because she lacks sufficient financial ability. However, proceeding *in forma pauperis* only allows a plaintiff to proceed without paying the $350.00 filing fee. Any other fees–e.g., copying fees, costs associated with service of documents, etc.–are still the responsibility of the plaintiff proceeding *in forma pauperis*. Here, because Plaintiff's Complaint was filed in state court, the Defendant was required to pay filing fee. No filing fee is required of the Plaintiff. Accordingly, her application to proceed *in forma pauperis* will be denied as moot.

      With respect to her Motion for CM/ECF access, Plaintiff represents that because of the timing of the United States Postal Service, coupled with her residing in Florida, she is receiving service of documents days after she would if she were permitted to access this case electronically. Additionally, she asserts that she would save the costs associated with mailing and faxing documents to defense counsel if she were permitted to use the court's CM/ECF system. Plaintiff's Motion for CM/ECF

Access (Dkt. #12) will be granted. Plaintiff will be permitted to use the CM/ECF system provided she complies with the steps outlined below.

For the reasons set forth above,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #12) is DENIED AS MOOT.
2. Plaintiff's Motion for CM/ECF Access (Dkt. #13) is GRANTED. Plaintiff must comply with the following procedures in order to activate her CM/ECF account:
    a. On or before **February 17, 2012**, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.
    b. Plaintiff is not authorized to file electronically until her certification is filed with the Court within the time frame specified.
    c. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 18th day of January, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE