# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IDA BELLE ROLAIN, | |
| Plaintiff, | Case No. 2:11-CV-1900-KJD-PAL |
| v. | **ORDER** |
| WAL-MART STORES, INC. D/B/A WAL-MART, *et al*., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion to Amend (#28).  However, Plaintiff's motion fails to attach a proposed amended complaint as required by Local Rule 15-1(a).  Thus, the Court denies the motion to amend.  Any future motion to amend should attach as an exhibit the proposed amended complaint which should be clearly labeled beneath the Case No., "First Amended Complaint".

Accordingly, IT IS HEREBY ORDERED that  Plaintiff's Motion to Amend (#28) is **DENIED**.

DATED this 10th day of April 2012.

_____
Kent J. Dawson
United States District Judge